AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| HYESEON LEVITSKY<br><br>*Plaintiff(s)*<br>v.<br>BAPTIST HEALTH SOUTH FLORIDA, INC.<br>d/b/a MIAMI CANCER INSTITUTE AT BAPTIST HEALTH, INC.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:24-cv-21686-JB |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Corporation Service Company, Registered Agent
Baptist Health South Florida, Inc. d/b/a Miami Cancer Institute at Baptist Health, Inc.
1201 Hays Street
Tallahassee, Florida 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michelle Cohen Levy, Esq.
The Law Office of Michelle Cohen Levy, P.A.
4400 N. Federal Highway
Lighthouse Point, FL 33064

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date: May 1, 2024

s/ N. Cubic
Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court