UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 1:24-cv-21686-JB

MIAMI DIVISION

HYESEON LEVITSKY

    Plaintiff,

v.

BAPTIST HEALTH SOUTH FLORIDA, INC.
d/b/a MIAMI CANCER INSTITUTE AT BAPTIST HEALTH, INC.

    Defendant.
_____/

### PLAINTIFF'S NOTICE OF VOLUNTARY WITHDRAWAL

Plaintiff, HYESEON LEVITSKY, by and through undersigned counsel, and pursuant to Rule 41, hereby gives notice of voluntary dismissal of this action.

Respectfully submitted,

By:  /s/*Michelle Cohen Levy*
Michelle Cohen Levy, FBN 0068514
The Law Office of Michelle Cohen Levy, P.A.
4400 N. Federal Highway
Lighthouse Point, Florida 33064
P: (954) 651-9196
Michelle@CohenLevyLegal.com
Counsel for Plaintiff

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 22, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

By: *s/Michelle Cohen Levy*

1